# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

United States of America,

v.                                        Case No. 4:18-cr-00003

Cody Ryan Todd (13),           Michael L. Brown
                                             United States District Judge
                 Defendant.

_____/

## ORDER

The Magistrate Judge issued his Report and Recommendation ("R&R"), recommending denial of Defendant Cody Ryan Todd's Motion to Suppress Evidence Obtained from Illegal Search. (Dkts. 391; 831.) Defendant did not file objections to the R&R.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); FED. R. CRIM. P. 59; *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam). For those findings and recommendations to which a party has not asserted objections, a court must conduct a plain error review of the record. *United States v. Slay*, 714 F.2d 1093, 1095 (11th

Cir. 1983). The Court has reviewed the Magistrate Judge's R&R and finds no error.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 831) and **DENIES** Defendant Cody Ryan Todd's Motion to Suppress Evidence Obtained from Illegal Search (Dkt. 391).

**SO ORDERED** this 22nd day of November, 2019.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE